IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MAGNUS NGUM NGHA,

    Petitioner,

v.

KRISTI NOEM ET AL.,

    Respondents.

Civil No. 25-4055-BAH

## ORDER

For the reasons stated on the open record today, it is this 11th day of December, 2025, hereby ORDERED that:

(1) Petitioner Magnus Ngum Ngha's motion a temporary restraining order, ECF 2, is GRANTED to the following extent;

    a. Respondents are directed to immediately release Petitioner Ngha from custody;

    b. Respondents, or anyone acting on their behalf, may not re-detain Petitioner Ngha until an immigration court hearing is held (with adequate notice) to determine whether detention is appropriate;

    c. The hearing shall be conducted under 8 U.S.C. § 1226(a) and 8 C.F.R. §§ 236.1, 1003.19, and 1236.1, and Respondents shall PROVIDE Ngha with any other process due to him under these provisions;

(2) Any other relief sought in the motion for a temporary restraining order, ECF 2, is DENIED;

(3) Within ten (10) days of the date of this order, the parties shall file a joint status report to confirm Respondents' compliance with this order.

*signed at 5:09 pm on 12/11/25*

Brendan A. Hurson
United States District Judge