IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|   |   |   |
|---|---|---|
| MAGNUS NGUM NGHA, | * | |
| Petitioner, | * | |
| v. | * | Civil No. 25-4055-BAH |
| KRISTI NOEM ET AL., | * | |
| Respondents. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### **ORDER**

Based on the joint the submission of the parties, ECF 11, the Court hereby finds that: (1) Petitioner was re-detained on December 9, 2025 under 8 U.S.C. § 1226(a) and not 8 U.S.C. § 1225(b); (2) Petitioner was ordered released by this Court on December 11, 2025 granting in part Petitioner's Motion for Temporary Restraining Order ("TRO"); (3) the TRO expired on December 25, 2025, and Petitioner did not request extension or file a Motion for Preliminary Injunction.

Accordingly, it is hereby ORDERED that the Petition is GRANTED in part, limited to the temporary relief already ordered, and DENIED as to any further relief at this time. No further status reports are required. The Petition is hereby DISMISSED. Petitioner's request for attorney's fees and costs is DENIED. The Clerk is directed to CLOSE this case.

Dated: January 27, 2026

/s/
Brendan A. Hurson
United States District Judge